UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2023
```

DOMINGO R. JIMENEZ,

                Plaintiff,

     v.

THE HARTFORD, HARTFORD INSURANCE COMPANY, and TRUMBULL INSURANCE COMPANY,

                Defendants.

21 CV 1039 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    The Court having been advised that all claims asserted herein have been settled in principle, as communicated by the parties in their response to the Court's Order to Show Cause dated April 2, 2023 (the "Response") (ECF No. 42), it is hereby ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. Additionally, in light of the Response, it is further ORDERED that the Court's Order to Show Cause dated March 6, 2023 (ECF No. 41) is hereby vacated.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

                                            SO ORDERED:

Dated:  April 4, 2023
           White Plains, New York

                                            NELSON S. ROMÁN
                                            United States District Judge

1